Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard Street Suite 780
Woodland Hills, CA 91367
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@toddflaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI ABDULLAH-EZZANI, an individual and on behalf of all others similarly situated,<br>Plaintiff<br>v.<br>CREDENCE RESOURCE MANAGEMENT, LLC; and DOES 1 through 10, inclusive, and each of them,<br>Defendant | Case No. 2:18-cv-03244-JAM-EFB<br><br>**JOINT STIPULATION OF DISMISSAL OF ACTION OF THE INDIVIDUAL CLAIMS WITH PREJUDICE AND THE PUTATIVE CLASS CLAIMS WITHOUT PREJUDICE** |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice as to Plaintiff's individual claims and without prejudice as to the putative Class pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorney fees.   A proposed order has been concurrently submitted to this Court via email.

///

Stipulation to Dismiss- 1

Respectfully submitted this 6th Day of September, 2019,

**LAW OFFICES OF TODD M. FRIEDMAN P.C**
**By: s/Todd M. Friedman  Esq.**
**TODD M. FRIEDMAN**
Attorney for Plaintiff

Sessions, Fishman, Nathan & Israel, L.L.P.
**By:/s/ Debbie P. Kirkpatrick**
**Debbie P. Kirkpatrick**
Attorneys for Defendant

Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant and that I have obtained their authorization to affix their electronic signature to this document.

Dated: September 6, 2019   **LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

By: _s/ Todd M. Friedman
Todd M. Friedman  ESQ.
Attorney for Plaintiff

Filed electronically on this 6th Day of September, 2019, with:

Notification sent electronically via the Court's ECF system to:

Honorable Judge of the Court
United States District Court

All Counsel of Record as Recorded On The Electronic Service List.

This 6th Day of September, 2019.
s/Todd M. Friedman
TODD M. FRIEDMAN